## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GAYLE BRADLEY,**

       **Plaintiff,**

                                    **Case No. 1:21-cv-581**

       v.                             **JUDGE DOUGLAS R. COLE**

**MORRIS FURNITURE COMPANY,**

       **Defendant.**

## ORDER

    The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **45 days** and upon good cause shown, reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **SO ORDERED.**

February 24, 2023
**DATE**

                                           **DOUGLAS R. COLE**
                                           **UNITED STATES DISTRICT JUDGE**